UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Deborah Holmes deposition excerpts |
| B | Robert Kinder deposition excerpts |
| C | S.B. 344 (S-4) First Analysis and S.B. 344 (S-3) Committee Summary |
| D | S.B. 344 & H.B. 4508: Revised Enrolled Analysis |