UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1 | 30(b)(6) Notice |
| 2 | Polaris Recall Notice |
| 3 | Comparison of Throttle Mechanisms |
| 4 | Email to Attorney Dawn Beery |