**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

|  |  |
|---|---|
| DEBORAH HOLMES, *et al.*<br><br>                    Plaintiffs,<br><br>        v.<br><br>POLARIS INDUSTRIES INC.<br><br>                    Defendant. | Case No.:  2:20-cv-11390-GSC-RSW<br><br>Judge George C. Steeh<br><br>Magistrate R. Steven Whalen<br><br>---<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT POLARIS INDUSTRIES INC.** |

Please take notice that Matthew E. Nirider, a partner with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, 71 S. Wacker Drive, Suite 1600, Chicago, Illinois, hereby enters his appearance as counsel for Defendant Polaris Industries Inc., in the above-captioned action. All future notices, papers and filings should be directed to Mr. Nirider.

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: /s/*Matthew E. Nirider*
       Matthew E. Nirider
       71 S. Wacker Drive, Suite 1600
       Chicago, IL 60606
       Telephone:  (312) 212-4949
       mnirider@beneschlaw.com

*Attorneys for Defendant Polaris Industries Inc.*

15651094 v1

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that the foregoing *Notice of Appearance of Counsel for Defendant Polaris Industries Inc.* was filed electronically on May 4, 2022 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all properly registered parties by operation of the Court's electronic case filing system. Parties may access this filing through the Court's electronic case filing system.

<u>*s/Matthew E. Nirider*</u>
Matthew E. Nirider